157 A.3d 488

**IN the INTEREST OF: S.D.M. a/k/a S.H., a Minor**

**Petition of: L.V.M.**

**No. 535 MAL 2016**

Supreme Court of Pennsylvania.

September 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.